Certificate Number: 16339-PAE-DE-040488255

Bankruptcy Case Number: 22-13073



16339-PAE-DE-040488255

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 8, 2026, at 7:38 o'clock PM EST, Linda Ellis-nelson completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   January 8, 2026            By:    /s/Kris Krumal

                                   Name:  Kris Krumal

                                   Title: Certified Financial Counselor