United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Linda Ellis-Nelson  
    Debtor

Case No. 22-13073-djb  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3  
Date Rcvd: Jan 20, 2026     Form ID: 138OBJ     Total Noticed: 35

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Linda Ellis-Nelson, 5515 Delancey St, Philadelphia, PA 19143-1309 |
| 14735943 | + | Cibik Law, P.C., 1500 Walnut Street Suite 900, Philadelphia, PA 19102-3518 |
| 14735953 | + | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14735956 | + | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 21 2026 04:31:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14735944 | | Email/Text: megan.harper@phila.gov | Jan 21 2026 04:31:00 | City of Philadelphia, Bankruptcy Department, 1401 John F Kennedy Blvd Rm 580, Philadelphia, PA 19102-1640 |
| 14735941 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 21 2026 04:36:37 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14738777 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 21 2026 04:36:31 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14735942 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 21 2026 04:36:37 | Capital One/Walmart, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14735945 | | Email/Text: bankruptcies@crownasset.com | Jan 21 2026 04:31:00 | Crown Asset Management LLC, 3100 Breckinridge Blvd Ste 725, Duluth, GA 30096-7605 |
| 14735946 | | Email/Text: bankruptcy@frost-arnett.com | Jan 21 2026 04:30:00 | Frost-Arnett, Attn: Bankruptcy, PO Box 198988, Nashville, TN 37219 |
| 14735947 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 21 2026 04:31:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14751134 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 21 2026 04:31:00 | Jefferson Capital Systems, LLC, Po Box 7999, St. Cloud, MN 56302-9617 |
| 14735948 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 21 2026 04:36:33 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14738429 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 21 2026 04:36:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14735950 | | Email/Text: EBN@Mohela.com | Jan 21 2026 04:31:00 | MOHELA, Attn: Bankruptcy 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 14735949 | + | Email/Text: bankruptcy@marinerfinance.com | Jan 21 2026 04:31:00 | Mariner Finance, Attn: Bankruptcy 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14740703 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

Case 22-13073-djb   Doc 31   Filed 01/22/26   Entered 01/23/26 00:50:09   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 20, 2026 | Form ID: 138OBJ | Total Noticed: 35 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 21 2026 04:31:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14748619 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 21 2026 04:31:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14735951 | | Email/Text: bnc@nordstrom.com | Jan 21 2026 04:31:31 | Nordstrom Signature Visa, Attn: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |
| 14735952 | | Email/PDF: cbp@omf.com | Jan 21 2026 04:36:38 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14735954 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 21 2026 04:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 14735955 | ^ | MEBN | Jan 21 2026 04:28:54 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14735957 | | Email/Text: bankruptcy@philapark.org | Jan 21 2026 04:31:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14735958 | + | Email/Text: bankruptcy1@pffcu.org | Jan 21 2026 04:31:00 | Police & Fire FCU, Attn: Bankruptcy, 901 Arch st, Philadelphia, PA 19107-2495 |
| 14751284 | + | Email/Text: bankruptcy1@pffcu.org | Jan 21 2026 04:31:00 | Police and Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, Pa 19020-2022 |
| 14746195 | | Email/Text: bnc-quantum@quantum3group.com | Jan 21 2026 04:31:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14735959 | + | Email/Text: Supportservices@receivablesperformance.com | Jan 21 2026 04:31:00 | Receivables Performance Mgmt, Attn: Bankruptcy, PO Box 1548, Lynnwood, WA 98046-1548 |
| 14735960 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 21 2026 04:36:35 | Resurgent Capital Services, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 14735961 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 21 2026 04:36:29 | SYNCB/Home Design, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14736041 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 21 2026 04:36:34 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14738886 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 21 2026 04:36:31 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14735962 | + | Email/Text: bncmail@w-legal.com | Jan 21 2026 04:31:00 | Target Natonal Bank, PO Box 9475, Minneapolis, MN 55440-9475 |
| 14735963 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 21 2026 04:31:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14735964 | ^ | MEBN | Jan 21 2026 04:28:32 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 20, 2026 | Form ID: 138OBJ | Total Noticed: 35 |

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 22, 2026        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOSEPH R. LOVERDI | on behalf of Creditor Police & Fire Federal Credit Union SmithJ3@PFFCU.org  divellod@pffcu.org |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Linda Ellis-Nelson help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 138OBJ* (6/24)−doc 30 − 28

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   Linda Ellis−Nelson  )  Case No. 22−13073−djb
   aka Linda Ellis  )
   aka Linda Nelson  )
     )  Chapter: 13
   Debtor(s).  )
     )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        Eastern District of Pennsylvania
        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: January 20, 2026                                                               For The Court

                                                                                           Mohung Wong
                                                                                           Clerk of Court