*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*


In re:                                                                 : Chapter 13


Linda Ellis–Nelson                                          : Case No. 22–13073–djb
        Debtor(s)


### *ORDER*
_____


AND NOW, this day , April 22, 2026 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is


ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.


By The Court

Derek J Baker
Judge, United States Bankruptcy Court


Form 195